# United States Court of Appeals
## For the First Circuit

No. 11-1372

ANTHONY J. SCIBELLI, Executor of the Estate of Walter Jajuga;
ESTATE OF WALTER JAJUGA; KRISTIN A. JAJUGA-MONTEITH; VINCENT M.
JAJUGA; ANTHONY C. JAJUGA,

Plaintiffs, Appellants,

v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA,

Defendant, Appellee.

**Errata Sheet**

The opinion of this Court issued on January 11, 2012, is amended as follows:

On page 19, line 19: Change "13" to "23".